PROB 35　　　　　　　　　　　　　　　　　　　　　　　Report and Order Terminating Supervision
(Rev 3/93)　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　Crim. No. 5:94-CR-97-2F

Margaret Groves Woodard

On February 16, 1995, the above-named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Dwayne K. Benfield for Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 21st day of August, 2014.

James C. Fox
Senior U.S. District Judge

Case 5:94-cr-00097-F　Document 636　Filed 08/21/14　Page 1 of 1